UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ALDEN ADAMS | CIVIL ACTION |
| VERSUS | NO. 14-2649 |
| DANIEL EDWARDS, SHERIFF, ET AL. | SECTION "N"(3) |

## ORDER

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that plaintiff's claims against the Tangipahoa Parish Sheriff's Office, Sheriff Daniel Edwards, Warden Stuart Murphy, Assistant Wardens Schirra Finn and Brandon Pinion, and Head Nurse Alison Thornhill are **DISMISSED WITH PREJUDICE** as frivolous and/or for failing to state a claim on which relief may be granted.

**IT IS FURTHER ORDERED** that plaintiff's claims against Nurses Bruce Oliver and Blaine Griffin are allowed to proceed and that this matter is remanded to the undersigned United States Magistrate Judge for further development of those claims.

New Orleans, Louisiana, this 31st day of March, 2015.

KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE