UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ALDEN ADAMS** | **CIVIL ACTION** |
| **VERSUS** | **NO. 14-2649** |
| **DANIEL EDWARDS, SHERIFF, ET AL.** | **SECTION "N"(3)** |

## O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that the motion to dismiss filed by Bruce Oliver and Blaine Griffin, Rec. Doc. 27, is **DENIED**.

New Orleans, Louisiana, this 10th day of September, 2015.

KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE